THE CANADIAN AGENCY, LIMITED, Respondent, *v.* ASSETS REALIZATION COMPANY, Appellant, Impleaded with FRANK G. WEBSTER and Others, Defendants. (No. 2.)

First Department, December 18, 1914.

See head note in *Canadian Agency, Ltd.,* v. *Assets R. Co. (No. 1), ante,* p. 96.

APPEAL by the defendant, Assets Realization Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 10th day of July, 1914, overruling its demurrer to the second amended complaint herein.

*George N. Hamlin,* for the appellant.

*Samuel Untermyer* and *Irwin Untermyer,* for the respondent.

PER CURIAM:

For the reasons stated in the opinion in *Canadian Agency, Ltd.,* v. *Assets R. Co. No. 1* (165 App. Div. 96), handed down herewith, the order appealed from should be affirmed, with ten dollars costs and disbursements, with leave to the defendants to withdraw demurrer and to answer upon payment of costs in this court and in the court below.

Present — INGRAHAM, P. J., LAUGHLIN, SCOTT, DOWLING and HOTCHKISS, JJ.

Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw the demurrer and to answer on payment of costs.